UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34605 |
|---|---|
| SHAWN J BAKER | (Chapter 13) |
| KASIE ANN BAKER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 20 | CINERGY CG&E<br>% MARY TAYLOR<br>3300 CENTRAL PARKWAY<br>CINCINNATI, OH  45225 | 5.11 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Certificate of Service             05-34605

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| SHAWN J BAKER | KASIE ANN BAKER | RICHARD E WEST |
| --- | --- | --- |
| 127 COMSTOCK STREET | 127 COMSTOCK STREET | 195 E CENTRAL AVE |
| GERMANTOWN STREET, OH  45327 | GERMANTOWN, OH  45327 | BOX 938 |
| | | SPRINGBORO, OH  45066 |
| (63.1n) | (20.1) | (56.1n) |
| AMERICREDIT | CINERGY CG&E | PREMIER BANKCARD |
| % ALICE WHITTEN | % MARY TAYLOR | PREMIER CSI DEPT SDPR |
| PO BOX 183853 | 3300 CENTRAL PARKWAY | BOX 2208 |
| ARLINGTON, TX  76096 | CINCINNATI, OH  45225 | VACAVILLE, CA  95696 |

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner           sv